IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LOLITA DUGLAS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MAXWELL REALTY CO., INC. | : | NO. 17-2391 |

### ORDER

AND NOW, this 6th day of June, 2017, upon consideration of plaintiff Lolita Duglas's motion to proceed *in forma pauperis* (ECF No. 1) and her *pro se* complaint, it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. The complaint is DISMISSED with prejudice for the reasons discussed in the Court's memorandum.

3. The Clerk of Court shall CLOSE this case.

BY THE COURT:

GENE E.K. PRATTER, J.